IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>MAURIO J POUGH and<br>JESSICA HALL-POUGH<br>   Debtors | CASE NO: 3:18-bk-03375-JAF<br>Estimated Time: 5 minutes<br>Conf. Hrg: December 11, 2018   1:30 pm<br>Chapter 13 |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS'CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states,

1. Per 11 U.S.C. §521(a)(1)(B)(iv) and the Administrative Order Prescribing Procedures for Chapter 13 Cases, the Debtor(s) are required to provide to the Trustee proof of income for six (6) months preceding the filing of this petition. The Debtor(s) are in violation of the Bankruptcy Rules and Code as well as the Administrative Order Prescribing Procedures for Chapter 13 Cases by failing to provide that information.

2. The Debtor(s) have failed to provide for the payment of all secured and priority claims in the terms of the Chapter 13 Plan. Specifically, the Debtor(s)' plan fails to properly identify their intent as to the leasehold interest as listed on Schedule G.

WHEREFORE, the Trustee objects to Confirmation of the Chapter 13 Plan.

                        DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
                        By: /s/ Marsha M. Brown
                        Douglas W. Neway
                        Florida Bar #0709948
                        Marsha M. Brown, Attorney for Trustee
                        Florida Bar #650064
                        John J. Freeman, Jr., Attorney for Trustee
                        Florida Bar #58618
                        P.O. Box 4308
                        Jacksonville, Florida 32201-4308
                        Telephone (904) 358-6465
                        FAX (904) 634-0038
                        attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on November 21, 2018 to the following parties:

MAURIO J POUGH, JESSICA HALL-POUGH, 7818 MELVIN RD, JACKSONVILLE, FL 32210
D C HIGGINBOTHAM, ESQUIRE, 925 FOREST STREET, JACKSONVILLE, FL 32204

<u>/s/ Marsha M. Brown</u>